## ROBERT FROMER *v.* COMMISSIONER OF ENVIRONMENTAL PROTECTION ET AL.
### (AC 21914)

Mihalakos, Flynn and Peters, Js.

Argued May 3—officially released May 28, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* FRANK PENSIERO
### (AC 22037)

Lavery, C. J., and Bishop and West, Js.

Argued May 1—officially released May 28, 2002

Per Curiam. The judgment is affirmed.

## FELIX HERNANDEZ *v.* COMMISSIONER OF CORRECTION
### (AC 22073)

Lavery, C. J., and West and Hennessy, Js.

Argued May 1—officially released May 28, 2002

Per Curiam. The judgment is affirmed.